# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OREM DAVID LEMBKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-21-00978-PRW |
| JEFFERSON COUNTY SHERIFF'S OFFICE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on United States Magistrate Suzanne Mitchell's Report and Recommendation (Dkt. 7), entered on November 2, 2021. The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Mitchell's Report and Recommendation (Dkt. 7) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation (Dkt. 7) and **DISMISSES WITHOUT PREJUDICE** the action for Plaintiff's failure to timely cure the deficiency in his in forma pauperis application, failure to advise the Court of his new address, and failure to communicate with the Court.

**IT IS SO ORDERED** this 2nd day of December 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1